UNITED STATES v. STERN et al.

(Circuit Court, S. D. New York. February 6, 1896.)

No. 1,972.

CUSTOMS DUTIES—CLASSIFICATION—PARASOL COVERS.
　　Parasol covers of silk, with an overwork finish of netting and figured silk, were dutiable as "manufactures of silk," under paragraph 414 of the act of 1890, and not as "laces," under paragraph 413.

Appeal on behalf of the United States from a decision of the board of general appraisers which reversed the action of the collector in assessing duty upon certain importations made by Stern Bros., which are known as "parasol covers."

The goods were assessed for duty at 60 per cent. ad valorem, as "laces," under paragraph 413 of the act of 1890, but the importers, by their protest, claimed that they were dutiable at 50 per cent. ad valorem, under paragraph 414. The board of appraisers found that the parasol covers were composed of silk, with an overwork finish of netting and figured silk, and that they were not known as "silk lace," but were known commercially as "parasol covers."

Henry C. Platt, Asst. U. S. Atty.
D. I. Mackie, for importers.

COXE, District Judge (orally). The question is whether or not the articles imported should be classified under paragraph 413 as "laces," or under paragraph 414 as "manufactures of silk." 26 Stat. 598. Upon the evidence before the board of appraisers they find that they were not laces and were manufactures of silk. Some evidence has been taken in the circuit court, which does not, in my judgment, in any way aid the contention of the appellant. The decision of the board upon the disputed question of fact is conclusive, and their decision is affirmed.